AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>GABRIELA STEPHANIE MENDOZA-VAZQUEZ<br>*Defendant* | Case No.   2:24-mj-901-EJY<br><br>Charging District:   Eastern Dist. of Washington<br>Charging District's Case No.   24-cr-2027-SAB-38 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: Washington Eastern District Court<br>William O Douglas Federal Building<br>25 South Third Street, Second Floor<br>Yakima, WA 98901-2742 | Courtroom No.: TBD<br><br>Date and Time: December 2, 2024 at 1:30pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   November 4, 2024

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*



```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

           NOV 0 4 2024

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```